Max S. Yuni, Appellant, *v.* Max Herscovitz, Respondent.

Argued June 17, 1942; decided July 29, 1942.

*Irwin Isaacs* for appellant.

*Jacob R. Freund* for respondent.

Judgment affirmed, with costs; no opinion.   (See 289 N. Y. 757.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.